UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS SOCK, III,

                Petitioner,                No. 05-CV-70379-DT

vs.                                                Hon. Gerald E. Rosen

JAN TROMBLEY,

                Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFF'S HABEAS CORPUS ACTION

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on      September 20, 2006

        PRESENT:  Honorable Gerald E. Rosen
                           United States District Judge

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Paul J. Komives recommending that the Court deny Louis Sock, III's petition for a writ of habeas corpus, and that this case, accordingly, be dismissed; and Petitioner having timely filed Objections to the Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, the Objections thereto, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, the petition for habeas corpus relief should be denied; and the Court being otherwise fully advised in the premises,

        IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation

of July 7, 2006 be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Louis Sock, III's petition for habeas corpus relief be, and hereby is DENIED and the above-captioned case, therefore, is DISMISSED.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: September 20, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 20, 2006, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager