UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS SOCK, III

                      Petitioner,                No. 05-CV-70379-DT

vs.                                                 Hon. Gerald E. Rosen

JAN TROMBLEY,

                      Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
DECEMBER 20, 2006 REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     July 20, 2007

PRESENT:  Honorable Gerald E. Rosen
                     United States District Judge

This matter having come before the Court on the December 20, 2006 Report and Recommendation of United States Magistrate Judge Paul J. Komives, recommending that the Court grant, in part, and deny, in part, Petitioner's request for a Certificate of Appealability; and Petitioner having timely filed objections to the R&R; and the Court having reviewed the Magistrate Judge's Report and Recommendation and Petitioner's objections thereto, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of December 20, 2006 is ADOPTED by the Court.

IT IS HEREBY FURTHER ORDERED that Petitioner's request for a Certificate of Appealability is granted, in part, and denied, in part. Petitioner's request is granted with respect to his claim of ineffective assistance of counsel but is denied with respect to all other claims. Accordingly,

IT IS HEREBY FURTHER ORDERED that a Certificate of Appealability shall issue for Petitioner's ineffective assistance of counsel claim (Claim I), only.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: July 20, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 20, 2007, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager